UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DAMEKA CAGE**                                                                             **CIVIL ACTION**

**VERSUS**                                                                                         **NO. 25-141-JWD-SDJ**

**EAST BATON ROUGE**
**PARISH SCHOOL DISTRICT, et al.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 11, 2026 (Doc. 36), to which an objection was filed and considered (Doc. 37);

**IT IS ORDERED** that the Motion to Dismiss for Failure to State a Claim and Lack of Procedural Capacity filed by Defendant the East Baton Rouge Parish School Board (Doc. 10) is **GRANTED**, and that Plaintiff's claims pursuant to Title IX and Title VII as well as Plaintiff's claims asserted on behalf of Dillon Cage are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is ordered to file an amended complaint within 30 days of the date of this opinion, to the extent Plaintiff wishes to cure the deficiencies outlined above. Should Plaintiff fail to timely file an amended complaint, those claims currently being dismissed without prejudice should be dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff is to redact personal identifying information as identified above and file a motion to substitute the redacted version in place of her current Complaint.

Finally, as Plaintiff is proceeding pro se in this litigation, she is directed to the Court's website, which provides resources for plaintiffs proceeding without an attorney, including a bi-monthly help desk.

Signed in Baton Rouge, Louisiana, on <u>March 2, 2026</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**